# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENINSULA MERCHANT SYNDICATIONS CORP., a British Columbia Corporation; SAM MAGID, an individual,<br><br>PLAINTIFFS,<br><br>vs.<br><br>KIRK MULLEN, an individual, and Does 1 through 10, Inclusive,<br><br>DEFENDANTS. | Case No.: 2:11-cv-03076-R -AJW<br><br>Assigned to Manuel L. Real<br><br>**JUDGMENT** |

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment shall be entered in favor of Plaintiffs Peninsula Merchant Syndications Corp. and Sam Magid (collectively "Plaintiffs"), and against Defendants Kirk Mullen ("Defendant"), in the amount of Eight Thousand Four Hundred and 00/100 dollars ($8,400.00), plus interest thereon at a rate of 10% per annum until paid.

July 12, 2011  _____
The Honorable Manuel L. Real
United States District Judge